*John D. Bates* 7/20/10
U.S. District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | MOTION TO REDUCE SENTENCE PURSUANT TO RULE 35 |
| V. | : | |
| | : | Case No.07-210(JDB) |
| CONSTANCE REDD | : | |
| Defendant | : | |

**FILED**
JUL 20 2010
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

COMES now, Constance Redd defendant Pro se without assistance of counsel hereby request this Honorable Court for a reduction of her sentence pursuant to rule 35.

Defendant Redd was sentence on December 1, 2008 to 42 months. Ms. Redd was charged with Conspiracy to Distribute and PWITD 1 Kilo or more heroin in violation to 21 USC 846.

## BACKGROUND

1. Ms. Redd is serving her sentence at the Federal Prison Camp West Virginia.

2. Ms. Redd have enrolled in many Rehabilitation Programs

In 2007 Ms. Redd agreed with the government to cooperate in return for a sentence reduction. In 2007 Ms. Redd worked with Agent Tom, and Howe with many drug sales. She also wore a wire. At sentencing she got a reduction due to her cooperation.

One months after her sentence, she was brought back to Court. Again she entered into another agreement or stipulation with the government. She testify for the Grand Jury, in respect to a defendant Eric Short and others. I did not received a sentence reduction for my second cooperation.

For all the reasons stated above, I respectfully request for this Honorable Court to consider a reduction of the remaining of my sentence. I'm requesting time served, or home confinement.

Respectfully, *Constance Redd*            Date 7-11-2010
Constance Redd Reg.#05077-000    B-2
FEDERAL PRISON CAMP
P O BOX A
ALDERSON, VW 24910

Certificate of Service

Mr. Mohandhi
333 Constitution Ave. N.W.
Washington, D.C.

Mr. Clennons
300 Indiana Ave.
Washington DC 2001